```
1  JACK GORDON; SBN 169380
   1885 The Alameda, Suite 214
2  San Jose, CA 95126
   Tel. (408)286-1351
3

4  Attorney for Defendant,
   Lorenzo Garcia
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00558-LHK |
| | CR-11-00559-LHK |
| Plaintiff, | CR-11-00560-LHK |
| | CR-11-00706-LHK |
| vs. | |
| | STIPULATION TO CONTINUE |
| | AND EXCLUDE TIME |
| | PROPOSED ORDER |
| LORENZO SRAEL GARCIA, and | |
| MICHAEL LEON RUELAS | |
| Defendants. | |
| _____/ | |

THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

Defendants Garcia and Ruelas are scheduled to be sentenced before the Honorable Lucy H. Koh on 2/13/13 at 9:00 a.m. The parties require a continuance to allow for the completion of the U.S. Probation pre-sentencing report. After communications with the parties and the United States Probation Officer preparing the reports it appears that March 27, 2013 would be an appropriate date for sentencing.

1

1
2      The parties respectfully request that the Court continue
3  defendants' sentencing from February 13, 2013 to March 27, 2013
4  9:00 a.m.
5  IT IS SO STIPULATED
6                                              /s/
7  Dated: 2/1/13                          _____
8                                          Jack Gordon
                                           Attorney for Def. Garcia
9                                              /s/
10 Dated: 2/1/13                          _____
                                           Thomas O'Connell
11                                         Assistant U.S. Attorney

12 Dated: 2/1/13                              /s/
                                           Varrell Fuller
13                                         Attorney for Def. Smith

14

15                      [~~PROPOSED~~] ORDER

16     Having considered the stipulation of the parties, and good
17 cause appearing, the Court orders that the sentencing hearing for
18 defendants Lorenzo Garcia and Michael Ruelas be continued from
19 February 13, 2013 to March 27, 2013 at 9:00 a.m. and that the
20 intervening time be excluded under the Speedy Trial Act.
21
   IT IS SO ORDERED.
22
   DATED: 2/04/13                        *Lucy H. Koh*
23                                       _____
                                         The Honorable Lucy Koh
                                         District Court Judge
24
25
26
27
28

                              2